# In-the-United-States-District-Court, For-the-Western-District-of-Virginia, 'Roanoke-Division'

4:23CV35

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

DEC 21 2023

LAURA A. AUSTIN, CLERK
BY: Megan Post
DEPUTY CLERK

Charles Davis Burrell, Plaintiff,

v.

Susie F. Carver, Defendant,

## 'Complaint/Motion-For-Judgment'

Comes-Now, Charles Davis Burrell, and, herein, 'Propounding' his 'Action-At-Law', While, 'Moving-This-Great-Court', for 'Judgment', 'Against-Your-Instant-Defendant', and-for 'Nominal', 'Compensatory', &, 'Punitive-Damages', of "…'10,000,000.00('Ten-Million-Dollars'), and-for, the 'Pertinent-Reasons', 'Stated-Below', 'AS-Follows':

*Cause-Of-Action*

1. Your-Instant-Defendant, 'Contracted', to 'Rent', Your-Plaintiff, a 'House', located-at, 2026-Ridge-Street, in South-Boston, Virginia, Approximately, 'Four-Months-Ago'.!!!

2. Since that-time, the defendant, has 'Repeatedly-Lied', 'Week-After-Week', About 'When', she "…'Will-Be-Moving-her-Things-Out-of-the-House'…", So-That, Your 'Instant-Plaintiff', "…'Can-Move-Into-that-House'!!!

2.

## 'Breach-of-Contract', 'Fraud', & 'Conspiracy-to-Commit-Fraud'

3. Your-Plaintiff, is 'Now-Convinced', that, the –Instant- Defendant, is 'Absolutely', "…'Full-of-Horse-Manure'…"; &, is "…'Lying-Her-Little-Hinny-Off', 'Each-Time', that, She 'Promises-Your-Instant-Plaintiff', that She, "…'Is-Moving-Her-Things', 'Out-of-the-House', that, she "…'Contracted-To-Rent-Your-Plaintiff', 'Months-Ago'!!!

## Conclusion

Wherefore, Your-Instant-Plaintiff, 'Moves-This-Great-Court', For-Judgment, 'Against-Your-Defendant!!!

## "…'Trial-By-Jury-Is-Demanded'…"!!!

Sincerely-Submitted, By,

Charles Davis Burrell  *Charles D. Burrell*

1512-College-Street, South-Boston, Virginia-24592, (Phone-#-(434)-579-8419.

12/21/23

3.

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

DEC 21 2023

LAURA A. AUSTIN, CLERK
BY: /s/ Meona Foxx
    DEPUTY CLERK

## "... 'Request-For-Admissions'..."

'Now-Comes', Charles Davis Burrell, &, herein 'Propounds', his "...'Aboved-Style-Request'...", 'Pursuant-to-Virginia-Law', 'Govering', 'Such-Admission-Requests', &, 'Requesting, AS-Follows:

1. 'Defendant –Is-Herein,'"...AdmitS...", Or, "...'Denies'...", 'All-of-the-Above', "...'Statements-of-Fact'...', Contained, in-the-Above, 'Motion-For-Judgment'!!!

Sincerely-Submitted-By,

*Charles D. Burrell*

Charles Davis Burrell,
1512-College-Street,
South-Boston, Virginia 24592,
'Cell-Phone'(434)-579-8419.